IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD BUSH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO.: |
| v. | : | |
| | : | |
| DEPT. OF HUMAN SERVICES, et al. | : | 2:11-CV-2612 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of November 2013, **IT IS HEREBY ORDERED**:

**1.)** Movant Thomas J. Feerick's motion to dismiss, (Doc. No. 80), is **GRANTED**;

**2.)** Plaintiff's third amendment complaint, (Doc. No. 35), is **DISMISSED WITHOUT PREJUDICE** and plaintiff will be **GRANTED LEAVE TO AMEND** his complaint **ONE FINAL TIME REGARDING ALL CLAIMS AND AS TO ALL DEFENDANTS**;

**3.)** Plaintiff shall have **THIRTY (30) DAYS** from the date of this order to file an amended complaint;

**4.)** The amended complaint shall be **COMPLETE, IN AND OF ITSELF, WITHOUT REFERENCE TO PRIOR FILINGS**;

**5.)** The amended complaint shall include **ANY AND ALL DEFENDANTS** whom plaintiff wishes to name in this action;

**6.)** In accordance with Federal Rule of Civil Procedure 10(b), the plaintiff's amended complaint shall be divided into **SEPARATE, NUMBERED PARAGRAPHS**, the contents of which shall be limited, as far as practicable, to a statement of a **SINGLE SET OF CIRCUMSTANCES**;

**7.)** In accordance with Federal Rule of Civil Procedure 8(d), each averment of the plaintiff's amended complaint shall be **SIMPLE, CONCISE, AND DIRECT**.

BY THE COURT:

/s/ C. Darnell Jones II, J.
**C. DARNELL JONES II, J.**