IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD BUSH,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO.:** |
| v. : | |
| : | **2:11-CV-2612** |
| **DEPT. OF HUMAN SERVICES, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 6th day of January 2014, it is hereby **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** insofar as it names defendants Saint Vincent's Shelter, Mayor Michael Nutter, Commissioner Anne Marie Ambrose, the Philadelphia Police Department, the Department of Human Services, the City of Philadelphia, Sonia Lee, Angela Liddell Yancy, Leo Carroll Fields, Thomas J. Feerick, and Craig B. Sokolow. **IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel, (Doc. No. 119, at 4), and his motions for leave to amend, (Doc. No. 120 & 126), are **DENIED**. The complaint and summons will be served on defendants Ronitta Benton and Sharon Johnson. Finally, the motions to dismiss filed by Saint Vincent's Shelter, (Doc. No. 123); the City of Philadelphia, Sonia Lee, and Angela Liddell Yancy,(Doc. No. 124); Anne Marie Ambrose, (Doc. No. 125); and Thomas J. Feerick, (Doc. No 127), are **DISMISSED AS MOOT**.

BY THE COURT:

<u>C. Darnell Jones  II,  J.</u>
**C. DARNELL JONES  II,  J.**